Petitioner, UNITED STATES PRESIDENT CANDIDATE CHRISTINA CLEMENT of STATE OF LOC NATION PARTY (Article II, Section 2, Clause 2)
Aka HH EMPRESS QUEEN CHRISTINA CLEMENT Locs is our Artifact of Faith (™98253363)
c/o Christina Loren Clement, LLC
8 The Green, Suite A
Dover, DE 19901
team@clementforpresident2024.com

vs

Case: 1:24–cv–00479
Assigned To : Contreras, Rudolph
Assign. Date : 2/13/2024
Description: Pro Se Gen. Civ. (F–DECK)

**Respondent, Attorney General of the United States**
Merrick Garland
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
openjustice@doj.ca.gov

**Re: Federal Tort Claims Act Administrative Claim Pursuant to 28 CFR 14.2**

**Dear USA; Military/Navy regarding Captain Willie Lynch, Prohibited Conduct which is legally forbidden and violated aboriginal inherent rights that his teachings have lingered in both public and private for over 400+ years and continuously violate life, liberty and the pursuit of inherited estate.**

**I am writing to present an administrative claim against United States of America under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680, and in accordance with 28 CFR 14.2. This claim arises from the many years effects of the Willie Lynch Letter and its contents used against my ancestors, forefathers and foremothers and lost families due to illegal afro genocide caused by his teachings with effects remaining to this current day including but not limited to embedded psychological effect resulting in continued broken homes, abusive (both verbal and physical) spouse who are affected by ill-treated traumas, fear of unity among the community which is a unanimous community outcry, our children's innocence continues to be stolen in fear of unfair policing and community violence from poverty and lack of sufficient education systematically administered by zip code, continued illegal redlining by banks now done via programmed computer systems redlining based on zip codes entered for product review. A history and present day marked by genocide, pogrom, persecution, discrimination, apartheid and slavery both physical and mental resulting in Stockholm syndrome and CPTSD. Discrimination against our artifact of faith, locs. (negatively known as dreadlocks).**

(Pres. Proc. No 10560. 88 FR 27657, 2023 WL 3199882 Proclamation 10560; Black metropolis; Carter, Robert Melvin (1958). The Kangaroo Court in American Jails.: University of California, Berkeley)



**RECEIVED**

FEB 13 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**Plaintiff, State of Loc Nation PBC**
info@stateoflocnation.com
Article IV, Section 3

VS

**Defendant(s):**

**USA, Captain(son) William Lynch** (1742 – 1820) was an American military officer from Pittsylvania County, Virginia. He claimed to be the source of the terms "lynch law" and "lynching."
https://en.wikipedia.org/wiki/William_Lynch_(Lynch_law)

**USA, Colonel (father) Charles Lynch** (1736 – 1796) was an American planter, politician, military officer and judge who headed a kangaroo court in Virginia to punish Loyalists during the Revolutionary War. The terms "lynching" and "lynch law" are believed to be derived from his surname.[1]
 https://en.wikipedia.org/wiki/Charles_Lynch_(judge)
The Willie Lynch Letter and The Making of A Slave is a speech delivered by Willie Lynch to an audience on the bank of the James River in Virginia in 1712 regarding control of slaves within the colony. The speaker, William Lynch, is said to have been a slave owner in the West Indies, and was summoned to Virginia in 1712; in part due to several slave revolts in the area prior to his visit, and more so because of his reputation of being an authoritarian and strict slave master. The Willie Lynch Letter is an account of a short speech given by Willie Lynch, in which he tells other slave owners that he has discovered the "secret" to controlling enslaved Africans by setting them against one another.


https://www.gsa.gov/reference/forms/claim-for-damage-injury-or-death

**Authority or Regulation:** 28 CFR 14.2; 28 USC 2401 (b). 2672. 2675; Article IV, Section 3


**Affidavit A:** Delivered via Amazon.com (details below)

Receipt: **Order Details**
PO# General of US 20530  Ordered on October 2, 2023  Order# 112-4630532-9258665 Delivered:
**Delivered Oct 13, 2023**

Solicitor General
950 PENNSYLVANIA AVE NW RM 5616
WASHINGTON, DC 20530-0009
United States

Revealed The Kingdom of Locs Nazirite Vow Continues Volume 2: Change is Nature and it Starts with a Loc Serial Numbers: 010979821822846021AFOY9T74HFAITJ74HT8N

**Incident Details:**

**- Date of Incident:**
December 25, 1712
**https://archive.org/details/WillieLynchLetter1712**

 **Location of Incident:** Origin West Indies, Virginia and spreads throughout the western society

**- Description of Incident: See Willie Lynch Letter Below (https://archive.org/details/WillieLynchLetter1712**) Highlighted text below are the raised root concerns of violations that prove results to date.  Cosigned by Henty Berry, speaking in the Virginia House of Delegates in 1832, described the situation as it existed in many parts of the South at this time: "We have, as far as possible, closed every avenue by which light may enter their (the slaves) minds. If we could extinguish the capacity to see the light, our work would be complete; they would then be on a level with the beasts of the field and we should be safe. I am not certain that we would not do it, if we could find out the process and that on the plea of necessity." From Brown America, The story of a
New Race by Edwin R. Embree. 1931 The Viking Press.

**The Speech of Henry Berry (of Jefferson) in the House on the Abolition of Slavery**

chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://ia800209.us.archive.org/11/items/speechofhenryber00berr/speechofhenryber00berr.pdf

The below letter is evident the employees acts/omissions were negligent and intentionally wrongful. Both father and son Willie and Charles Lynch were employee or agents of the government; The employee was acting within the scope of their duties at the time of the harm. Myself and my community still suffer the results of the mental breaking and physical harms to date.

The Willie Lynch Letter: The Making Of A Slave!
This speech was delivered by Willie Lynch on the bank of the James River in the colony of Virginia in 1712. Lynch was a British slave owner in the West Indies. He was invited to the colony of Virginia in 1712 to teach his methods to slave wners there. The term "lynching" is derived from his last name.
December 25, 1712
Gentlemen:
I greet you here on the bank of the James River in the year of our Lord one thousand seven hundred and twelve. First, I shall thank you, the gentlemen of the Colony of Virginia, for bringing me here. I am here to help you solve some of your problems with slaves. Your invitation reached me on my modest plantation in the West Indies, where I have experimented with some of the newest and still the oldest methods for control of slaves. Ancient Rome's would envy us if my program is implemented.

As our boat sailed south on the James River, named for our illustrious King, whose version of the Bible we cherish, I saw enough to know that your problem is not unique. While Rome used cords of wood as crosses for standing human bodies along its highways in great numbers, you are here using the tree and the rope on occasions. I caught the whiff of a dead slave hanging from a tree, a couple miles back. You are not only losing valuable stock by hangings, you are having uprisings, slaves are running away, your crops are sometimes left in the fields too long for maximum profit, You suffer occasional fires, your animals are killed.

Gentlemen, you know what your problems are; I do not need to elaborate. I am not here to enumerate your problems, I am here to introduce you to a method of solving them. In my bag here, I have a foolproof method for controlling your black slaves. **I guarantee every one of you that if installed correctly it will control the slaves for at least 300 years [2012].** My method is simple. Any member of your family or your overseer can use it. I have outlined a number of differences among the slaves and make the differences bigger. I use fear, distrust and envy for control.

These methods have worked on my modest plantation in the West Indies and it will work throughout the South. Take this simple little list of differences and think about them. **On top of my list is "age" but it's there only because it starts with an "A." The second is "COLOR" or shade, there is intelligence, size, sex, size of plantations and status on plantations, attitude of owners, whether the slaves live in the valley, on a hill, East, West, North, South, have fine hair, course hair, or is tall or short**. Now that you have a list of differences, I shall give you an outline of action, but before that, I shall assure you that distrust is stronger than trust and envy stronger than adulation, respect or admiration. **The Black slaves after receiving this indoctrination shall carry on and will become self refueling and self generating for hundreds of years, maybe thousands. Don't forget you must pitch the old black Male vs. the young black Male, and the young black Male against the old black male. You must use the dark skin slaves vs. the light skin slaves, and the light skin slaves vs. the dark skin slaves. You must use the female vs. the male. And the male vs. the female. You must also have you white servants and overseers distrust all Blacks.** It is necessary that your slaves trust and depend on us. They must love, respect and trust only us. **Gentlemen, these kits are your keys to control. Use them. Have your wives and children use them, never miss an opportunity. If used intensely for one year, the slaves themselves will remain perpetually distrustful of each other.**

Thank you gentlemen

Lets Make a Slave

It was the interest and business of slave holders to study human nature, and the slave nature in particular, with a view to practical results. I and many of them attained astonishing proficiency in this direction. They had to deal not with earth, wood and stone, but with men and by every regard they had for their own safety and prosperity they needed to know the material on which they were to work. Conscious of the injustice and wrong they were every hour perpetuating and knowing what they themselves would do. Were they the victims of such wrongs? They were constantly looking for the first signs of the dreaded retribution. They watched, therefore with skilled and practiced eyes, and learned to read with great accuracy, the state of mind and heart of the slave, through his sable face. Unusual sobriety, apparent abstractions, sullenness and indifference indeed, any mood out of the common was afforded ground for suspicion and inquiry.

Let us make a slave. What do we need? First of all we need a black nigger man, a pregnant nigger woman and her baby nigger boy. Second, **we will use the same basic principle that we use in breaking a horse, combined with some more sustaining factors. What we do with horses is that we break them from one form of life to another that is we reduce them from their natural state in**

**nature**. Whereas nature provides them with the natural capacity to take care of their offspring, **we break that natural string of independence from them and thereby create a dependency status, so that we may be able**

Page 1 of 4
to get from them useful production for our business and pleasure
Cardinal Principles for making a Negro For fear that our future Generations may not understand the principles of breaking both of the beast together, the nigger and the horse. We understand that short range planning economics results in periodic economic chaos; so that to avoid turmoil in the economy, it requires us to have breath and depth in long range comprehensive planning, articulating both skill sharp perceptions. We lay down the following principles for long range comprehensive economic planning. Both horse and niggers is no good to the economy in the wild or natural state. **Both must be broken and tied together for orderly production. For orderly future, special and particular attention must be paid to the female and the youngest offspring**. Both must be crossbred to produce a variety and division of labor. Both must be taught to respond to a peculiar new language. **Psychological and physical instruction of containment must be created for both**. We hold the six cardinal principles as truth to be self evident, based upon the following the discourse concerning the economics of breaking and tying the horse and the nigger together, all inclusive of the six principles laid down about. NOTE: Neither principle alone will suffice for good economics. All principles must be employed for orderly good of the nation. Accordingly, both a wild horse and a wild or nature nigger is dangerous even if captured, for they will have the tendency to seek their customary freedom, and in doing so, might kill you in your sleep. You cannot rest. They sleep while you are awake, and are awake
while you are asleep. They are dangerous near the family house and it requires too much labor to watch them away from the house. Above all, you cannot get them to work in this natural state. Hence both the horse and the nigger must be broken; that is breaking them from one form of mental life to another. **Keep the body take the mind**! In other words break the will to resist. Now the breaking process is the same for both the horse and the nigger, only slightly varying in degrees.
But as we said before, there is an art in long range economic planning. You must keep your eye and thoughts on the female and the offspring of the horse and the nigger. A brief discourse in offspring development will shed light on the key to sound economic principles. Pay little attention to the generation of original breaking, but concentrate on future generations.
Therefore, **if you break the female mother, she will break the offspring in its early years of development and when the offspring is old enough to work, she will deliver it up to you, for her normal female protective tendencies will have been lost in the original breaking process**. For example take the case of the wild stud horse, a female horse and an already
infant horse and compare the breaking process with two captured nigger males in their natural state, a pregnant nigger woman with her infant offspring. Take the stud horse, break him for limited containment.
Completely break the female horse until she becomes very gentle, whereas you or anybody can ride her in her comfort.
Breed the mare and the stud until you have the desired offspring. Then you can turn the stud to freedom until you need him again. Train the female horse where by she will eat out of your hand, and she will in turn train the infant horse to eat out of your hand also. **When it comes to breaking the uncivilized nigger, use the same process, but vary the degree and step up the pressure, so as to do a complete reversal of the mind. Take the meanest and most restless nigger, strip him of his clothes in front of the remaining male niggers, the female, and the nigger infant, tar and feather him, tie each leg to a**

**different horse faced in opposite directions, set him a fire and beat both horses to pull him apart in front of the remaining nigger. The next step is to take a bull whip and beat the remaining nigger male to the point of death, in front of the female and the infant. Don't kill him, but put the fear of God in him, for he can be useful for future breeding.**

**The Breaking Process of the African Woman**
**Take the female and run a series of tests on her to see if she will submit to your desires willingly. Test her in every way, because she is the most important factor for good economics. If she shows any sign of resistance in submitting completely to your will, do not hesitate to use the bull whip on her to extract that last bit of resistance out of her. Take care not to kill her, for in doing so, you spoil good economic. When in complete submission, she will train her off springs in the early years to submit to labor when the become of age. Understanding is the best thing. Therefore, we shall go deeper**
into this area of the subject matter concerning what we have produced here in this breaking process of the female nigger.
**We have reversed the relationship in her natural uncivilized state she would have a strong dependency on the uncivilized nigger male, and she would have a limited protective tendency toward her independent male offspring and would raise male off springs to be dependent like her. Nature had provided for this type of balance**. We reversed nature by burning
and pulling a civilized nigger apart and bull whipping the other to the point of death, all in her presence. **By her being left alone, unprotected, with the male image destroyed, the ordeal caused her to move from her psychological dependent state to a frozen independent state. In this frozen psychological state of independence, she will raise her male and female offspring in reversed roles. For fear of the young males life she will psychologically train him to be mentally weak and dependent, but physically strong. Because she has become psychologically independent, she will train her female off springs to be psychological independent. What have you got? You've got the nigger women out front and the nigger man behind and scared.** This is a
perfect situation of sound sleep and economic. Before the breaking process, we had to be alertly on guard at all times.
Page 2 of 4
**Now we can sleep soundly, for out of frozen fear his woman stands guard for us. He cannot get past her early slave molding process. He is a good tool, now ready to be tied to the horse at a tender age. By the time a nigger boy reaches the age of sixteen, he is soundly broken in and ready for a long life of sound and efficient work and the reproduction of a unit of good labor force. Continually through the breaking of uncivilized savage nigger, by throwing the nigger female savage into a frozen psychological state of independence, by killing of the protective male image, and by creating a submissive dependent mind of the nigger male slave, we have created an orbiting cycle that turns on its own axis forever,**
unless a phenomenon occurs and re shifts the position of the male and female slaves. We show what we mean by example. Take the case of the two economic slave units and examine them closely.

The Nigger Marriage
We breed two nigger males with two nigger females. Then we take the nigger males away from them and keep them moving and working. Say one nigger female bears a nigger female and the other bears a nigger male. Both nigger females being without influence of the nigger male image, frozen with an

independent psychology, will raise their offspring into reverse positions. **The one with the female offspring will teach her to be like herself, independent and negotiable (we
negotiate with her, through her, by her, we negotiate her at will). The one with the nigger male offspring, she being frozen with a subconscious fear for his life, will raise him to be mentally dependent and weak, but physically strong, in other words, body over mind. Now in a few years when these two offspring's become fertile for early reproduction we will mate and breed them and continue the cycle.** That is good, sound, and long range comprehensive planning.
Warning: Possible Interloping Negatives
Earlier we talked about the non economic good of the horse and the nigger in their wild or natural state; we talked out the principle of breaking and tying them together for orderly production. Furthermore, we talked about paying particular attention to the female savage and her offspring for orderly future planning, then more recently we stated that, by reversing the positions of the male and female savages, we created an orbiting cycle that turns on its own axis forever unless a phenomenon occurred and resift and positions of the male and female savages. Our experts warned us about the possibility of this phenomenon occurring, for they say that the mind has a strong drive to correct and recorrect itself over a period of time if I can touch some substantial original historical base, and they advised us that the best **way to deal with the phenomenon is to shave off the brute's mental history and create a multiplicity of phenomena of illusions, so that
each illusion will twirl in its own orbit, something similar to floating balls in a vacuum.**
This creation of multiplicity of phenomena of illusions entails the principle of crossbreeding the nigger and the horse as we stated above, the purpose of which is to create a diversified division of labor thereby creating different levels of labor and different values of illusion at each connecting level of labor. The results of which is the severance of the points of original beginnings for each sphere illusion. Since we feel that the subject matter may get more complicated as we proceed in laying down our economic plan concerning the purpose, reason and effect of crossbreeding horses and nigger, we shall lay down the following definition terms for future generations.
Orbiting cycle means a thing turning in a given path. Axis means upon which or around which a body turns. Phenomenon means something beyond ordinary conception and inspires awe and wonder. Multiplicity means a great number. Sphere means a globe. Cross breeding a horse means taking a horse and breeding it with an ass and you get a dumb backward ass long headed mule that is not reproductive nor productive by itself.
**Crossbreeding niggers mean taking so many drops of good white blood and putting them into as many nigger women as possible, varying the drops by the various tone that you want, and then letting them breed with each other until another cycle of color appears as you desire**. What this means is this; Put the niggers and the horse in a breeding pot, mix some assess and some good white blood and what do you get? You got a multiplicity of colors of ass backward, unusual
niggers, running, tied to a backward ass long headed mule, the one productive of itself, the other sterile. (The one constant, the other dying, we keep the nigger constant for we may replace the mules for another tool) both mule and nigger tied to each other, **neither knowing where the other came from and neither productive for itself, nor without each other.**


Control the Language
**Crossbreeding completed, for further severance from their original beginning, we must completely annihilate the mother tongue of both the new nigger and the new mule and institute a new language that involves the new life's work of both. You know language is a peculiar institution. It leads to the heart of a people. The more a foreigner knows about the language of another country**

**the more he is able to move through all levels of that society. Therefore, if the foreigner is an enemy of the country, to the extent that he knows the body of the language, to that extent is the country vulnerable to attack or invasion of a foreign culture. For example, if you take a slave, if you teach him all about your language, he will know all your secrets, and he is then no more a slave, for you can't fool him any longer. For example, if you told a slave**

Page 3 of 4

**that he must perform in getting out "our crops" and he knows the language well, he would know that "our crops" didn't mean "our crops" and the slavery system would break down, for he would relate on the basis of what "our crops" really meant. So you have to be careful in setting up the new language for the slaves would soon be in your house, talking to you "man to man" and that is death to our economic system.** In addition, the definitions of words or terms are only a minute part of the process. Values are created and transported by communication through the body of the language. A total society has many interconnected value system. All the values in the society have bridges of language to connect them for orderly working in the society. But for these language bridges, these many value systems would sharply clash and cause internal strife or civil war, the degree of the conflict being determined by the magnitude of the issues or relative opposing strength in whatever form.

For example, if you put a slave in a hog pen and train him to live there and incorporate in him to value it as a way of life completely, the biggest problem you would have out of him is that he would worry you about provisions to keep the hog pen clean, or the same hog pen and make a slip and incorporate something in his language where by he comes to value a house more than he does his hog pen, you got a problem. He will soon be in your house.

Page 4 of 4

**Remedy:** *The 13th Amendment to the Constitution abolished slavery and was ratified on December 6, 1865.*- **NO Victim Restitution for Kidnapping, Rape, Human trafficking, genocide, child sex trafficking, unpaid forced child labor, unpaid forced labor, dehumanizing, slave farms to diminish royal lineage, fear, torture physical and psychological, being branded to lose identity with hot irons, amputations as punishments, psychological trauma, warfare deep seeded trauma, renaming and treated less than human. Separating from families to weaken spirit and increase hopelessness, squashed dreams of freedom. Constant state of anxiety, lack of knowledge to ensure dependency, Mental shackles from systematic cruelty and torture. Long work hours unpaid, improper clothing from the elements and micromanagement to continue mental anxiety. (18 USC Ch 77 Sec 1581-1597,** CHAPTER 77—PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS; Harriet Jacobs, Author "Incidents in a life of a slave girl")

**Question:** Did the attorney general bring the appropriate claims to obtain restitution for all victims and descendants of according to 18 USC Code 1595 and 1595A? If not, why not? Failure to do so resulted in the continued effects of such genocide practices and the victims continue to suffer to date.

Failed assumption of continued risk resulted to continued genocide to date (Federal Rules of Civil Procedure 8(a)(3)

**Injuries and Damages: Virginia Code 1705 The Fugitive Slave Act of 1793 Evidence of the kidnapping Industry Article IV Sec 2 Clause 3l**

- As a result of the incident, I, we, us, my babies have sustained the following injuries:
  - Mental injuries not limited to: Stockholm Syndrome; depression and anxiety, CPTSD, et al
  - Historical injuries listed in Clement, Christina HH Empress Queen: **Revealed the Kingdom of Locs Nazarite Vow Continues Volume 2.**
  - **Revealed the Kingdom of Locs Nazirite Vow Continues Volume 3** (Volume 3 listed below of this document);
  - **Broken homes;** (https://www.cbpp.org/research/african-american-and-latino-families-face-high-rates-of-hardship)
  - **Abusive relationships; sexual exploitation** (https://www.thehotline.org/resources/abuse-in-the-black-community/#:~:text=In%20fact%2C%2045.1%25%20of%20Black,Black%20men%20experienced%20those%20abuses.)
  - **Displaced legacy; displaced land and home** (Various Articles)
  - **Arson; 18 USC 844; Joned V US 529 US 848 (2000)**

- **Flooding Disproportionately harms black neighborhoods, i.e. Hurricane Katrina; Lake Lanier originally known as Oscarville, et al**
- **Stolen estates, et al;** (theft by state-sanctioned violence, intimidation, and lynching, Black farmers also lost land due to discrimination by banks and financial institutions; through the denial of access to federal farm benefits by local administrators who funneled those benefits to white farm owners; through forced partition. https://inequality.org/research/black-land-theft-racial-wealth-divide/
- <u>**Illegal deaths**</u>;
- <u>Unconstitutional opinions through both Supreme and Kangaroo courts</u>;
- **Violent policing**, et al.
- **Kidnapping** of Free Black on America 1780-1865 1st edition pp1-9 University Press of Kentucky
- **Material effects in housing discrimination and in humane living conditions like Villas at Panthersville in Decatur Georgia, discrimination in legal process, policing practices, education, workplace discrimination, and many other domains of society**. 8 out of 10 humans from Africa was kidnapped and enslaved during the Trans Atlantic genocide with violators leaded by Portugal, Britain, Spain, France, the Netherlands, the United States and Denmark genocide.
- **Attack on our children** (Darryl George et al vs Abbott et al 4:2023 cv 03609; Leydon Boykins killed by PIT maneuver);(<u>https://en.wikipedia.org/wiki/List_of_unarmed_African_Americans_killed_by_law_enforcement_officers_in_the_United_States</u>) violating the 5th Amendment

(1866 Indian Treaty benefits; Freedman Bureau acts of 1865 and 1866; Civil rights Act of 1866; Virginia Code 1705 The fugitive Slave Act of 1793 Evidence of the Kidnapping industry Article IV Sec 2 Clause 3; Criminal Justice Act)

**Enclosed with this letter, you will find the following supporting documents:**

- Letter to Chief Justice John Roberts Jr for urgent review for consideration in relevant matter
- US District Court of District of Columbia Pro Se litigant Application Declaratory and Injunctive Relief
- Supporting Documents and additional injuries: Revealed the Kingdom of Locs Nazirite Vow Continues Volume 2 (**ISBN-13 :** 979-8218228460)

**Lord help us to fight injustice: Section 144 of CPC; actus curiae neminem gravabit;**

State of Loc Nation, PBC declare to the creditor Governments and to the Bank for International Settlements that they have come to the conclusion in good faith that State of Loc Nation, PBC exchange and economic life may be seriously endangered by failure to compensate Victims Restitutions and implied default of treaties and/or constitutions.

- 8 out of 10 humans from Africa, Caribbean, et al was kidnapped and enslaved during the Trans Atlantic genocide with violators lead by Portugal, Britain, Spain, France, the Netherlands, the

- United States and Denmark genocide. Restitution is declared at max compensation for all violations committed as the results still harms many victim descendants.
- Based on the information provided, we are seeking compensation adequately covering the damages suffered as a result of the historical incidents listed in Volume 2 and Volume 3 and the inherited land patents listed in the Acts found in Revealed the Kingdom of Locs Nazirite Vow Continues Volume 1 (LCCN 2023930357; **ASIN  :**  B0BSKMBDL6 P 131-138)
- The Victim restitution for the above claim is minimum $5.5 Trillion +USD current value of stolen funds held in the freedman banks and other "African American' banks upwards with current interest rate as of Jan 12, 2024- Maximum award held in Trust of State of Loc Nation-Nubian.
- Return of stolen lands from intimidation, murder and killing from each state and country involved held in Trust of State of Loc Nation-Nubian
- Interest payments made in original forefathers' contribution which is GOLD held in Trust of State of Loc Nation-Nubian
    - https://en.wikipedia.org/wiki/Nubia) (https://en.wikipedia.org/wiki/Maroons?wprov=srpw1_0) (https://en.wikipedia.org/wiki/Arawak) (https://en.wikipedia.org/wiki/Nazirite aka Loc Nation)
- Annual funding to all schools and mental health facilities to repair the damage that was done for the over 400+ years of genocide and deliberate torture to date.
- All inheritance of "Clement"; "Hines"; "Paton", "Scott" and "McAllister" held in Trust Clement Dynasty.
- All stolen and inherited land patents globally including All inheritance of "Clement"; "Hines"; "Paton", "Scott" and "McAllister" et al held in Trust Clement Dynasty. ("Executive Agreements" Revealed the Kingdom of Locs Nazirite Vow Continues Volume 1 page 121-138)
-     Honor, Respect and reward fulfillment for our successful involvement in the Civil War, and all wars contributed by our forefathers; et al

**I Declare Separate but EQUAL and in HARMONY in efforts to conduct a mass healing.**

Civil Rights Act of 1866; Freedmen's Bureau Acts of 1865 and 1866; Acts listed in Revealed the Kingdom of Locs Nazirite Vow Continues Vol 1;

The Moroccan-American Treaty of Peace and Friendship, [28 June 1786]," *Founders Online,* National Archives, https://founders.archives.gov/documents/Adams/06-18-02-0196. [Original source: *The Adams Papers*, Papers of John Adams, vol. 18, *December 1785–January 1787*, ed. Gregg L. Lint, Sara Martin, C. James Taylor, Sara Georgini, Hobson Woodward, Sara B. Sikes, Amanda M. Norton. Cambridge, MA: Harvard University Press, 2016, pp. 360–367.] **5.  any injury done without Reason, the offending Party shall make good all Damages**—;

The adjustment of all inter-governmental debts (reparations and other war debts) to the existing troubled situation of the

World and this adjustment should take place without delay if new disasters are to be avoided-is the only lasting step capable of re-establishing confidence which is the very condition of economic stability and real peace" (Bank for International Settlements, Report of the Special Advisory Committee, December 1931).

**Contact Information:**

**Email: team@clementforpresident2024.com**

Please consider this an alternative to form SF-95 due to the unique position of this fact. I kindly request that you promptly acknowledge receipt of this claim and initiate an investigation in accordance with the FTCA.

I appreciate your attention to this matter and anticipate a timely and fair resolution. Please inform me of any additional forms or information required to process this claim promptly.

**Federal Tort Claims Act**

https://www.house.gov/doing-business-with-the-house/leases/federal-tort-claims-act

Individuals who are injured or whose property is damaged by the wrongful or negligent act of a federal employee acting in the scope of his or her official duties may file a claim with the government for reimbursement for that injury or damage. In order to state a valid claim, the claimant must demonstrate that (1) he was injured, or his property was damaged by a federal government employee; (2) the employee was acting within the scope of his official duties; (3) the employee was acting negligently or wrongfully; and (4) the negligent or wrongful act proximately caused the injury or damage of which he complains. The claimant must also provide documentation establishing that his claim satisfies all the elements of the FTCA.

Sincerely,

Christina Loren Clement LLC
8 The Green, Suite A
Dover, DE 19901
Team@clementforpresident2024.com
Rule 5 (C) *Signing.* A filing made through a person's electronic-filing account and authorized by that person, together with that person's name on a signature block, constitutes the person's signature