6/6/2024

**Invoice Case 1:24 cv 00479-RC**     **Due upon receipt**

antideficiencyactrep@gao.gov; jonessa@gao.gov; antideficiencyactrep@gao.gov

**Pay to the order of**

State of Loc Nation

On behalf of Christina Clement

HH Empress Queen Christina Clement

8 The Green, Suite A

Dover, Delaware 19901

678-780-5557

www.stateoflocnation.com

**Enacted Default judgement; Summary Judgement; Enacted The Charter of State of Loc Nation Global, Public Benefit Corporation, the hyper Power; Private law AN ACT**

The Impoundment Control Act of 1974 2 U.S.C. §§ 681-688

**Bill To:**

U.S. Department of the Treasury

1500 Pennsylvania Avenue, NW

Washington, D.C. 20220

General Information: (202) 622-2000

www.treasury.gov

Bureau of the Fiscal Service

Bureau of the Fiscal Service

Liberty Center Building

*[Stamp: LEAVE TO FILE GRANTED (without attachment which is duplicate of ECF No. 17) /s/ 7/3/2024]*

**RECEIVED**
JUN 6 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

401 14th Street, SW

Washington, D.C. 20227

(202) 874-6950

https://www.fiscal.treasury.gov

**Re: Case 1:24 cv 00479 RC Debtors**

Article I, Section 9, Clause 7

**Date: 6/6/2024**

**Amount Due:**

**Enacted for Plaintiff Relief 1:24 CV 00479 RC and Pro se litigant fees**

**Terms:**

**Due Upon Receipt**

**Payment Instructions:**

**Please remit payment, restitution promptly to the following account:**

**Legislative Authorization:** Enact "State of Loc Nation An Act" and "The Charter".
The Office of Management and Budget (OMB) enact allocation of the funds within the federal budget framework for case 1:24 cv 00479 RC restitution
Antideficiency Act 31 USC 1341(a)(1)(B); 31 usc 1341(a)(1)(B); Article I, Section 9, Clause 7

**Agency Requests for the US Treasury Authorization:**
Office of the Attorney General's Office
Office of Chief Justice
Office of Secretary General
Office of Registrar Peace Palace
Land Management Bureau

**Treasury Disbursement**: Enact The Treasury Department, through the Bureau of the Fiscal Service, disburses the funds via electronic funds transfer.

**Land Management Bureau**
**Bureau of Land Management, Interior**

**Action: Public Land Order**

Article IV, Section 3, Clause 2; Section 204 Federal Land Policy and Management Act of 1976, 43 USC 1714

Withdraw Public land for State of Loc Nation global Population 1.4 Trillion LOC Nationites and 48, 620, 500 National African American Population in each state and country Case 1:24 cv 00479-RC Document 15 as well as Revealed the Kingdom of Locs Nazirite Vow continues Volume 1 Page 132

**Summary:**
**This order**

**Declaration of Sovereignty and Fee Simple Absolute Allodium**

We, the People of the State of Loc Nation, hereby declare our sovereign rights to the land historically and rightfully belonging to our ancestors. Through this declaration, we assert our claim to hold and manage this land as fee simple absolute allodium, free from any external claims or obligations.

Revealed the Kingdom of Locs Nazirite Vow continues Volume 1, 2 and 3

HH Empress Queen Christina Clement, Locs is our Artifact of faith 98253363 'called by God', in receiving a divine intervention that ordered her to proclaim God's will and to address injustices of the people. Case 1:24 cv 00479-RC

**The Moroccan-American Treaty of Peace and Friendship, [28 June 1786]**
https://founders.archives.gov/documents/Adams/06-18-02-0196

Grace to the only God.

I the underwritten, the Servant of God, Taher Ben Abdelkack Fennish, do certify that His Imperial Majesty my Master (whom God preserve) having concluded a Treaty of Peace and Commerce with the United States of America has ordered me the better to compleat it and in addition of the tenth Article of said Treaty to declare, "that if any Vessel belonging to the United States shall be in any of the Ports of His Majesty's Dominions or within Gunshot of his Forts, she shall be protected as much as possible and no Vessel whatever, belong either to Moorish or Christian Powers with whom the United States may be at War, shall be permitted to follow or engage her, as we deem the Citizens of America our good Friends.["] And in obedience to his

Majesty's Commands I certify this Declaration by putting my hand and Seal to it, on the Eighteenth Day of Ramadan in the Year One thousand two hundred—7
 (signed)
The Servant of the King my Master whom God preserve


-The Maroons, who are descendants of kidnapped enslaved Africans, have a significant history of treaties with colonial powers, particularly in the Caribbean as well as from the colonial americal. Below are the major treaties involving the Maroons:


Jamaica


1. Treaty of 1739 (Leeward Maroons)

 - Date: March 1, 1739

 - Parties: British colonial government and the Leeward Maroons led by Captain Cudjoe.

 - Terms:

  - The Maroons were granted land and freedom in exchange for ceasing hostilities.

  - They agreed to support the British in suppressing other slave uprisings.

  - Return of runaway slaves to British authorities.


2. Treaty of 1739 (Windward Maroons)

 - Date: June 23, 1739

 - Parties: British colonial government and the Windward Maroons led by Captain Quao.

 -Terms:

  - Similar to the Leeward treaty, granting land and freedom.

  - Obligations to support the British in suppressing rebellions.


3. Second Maroon War Treaty (1796)

 - Date: 1796

 - Parties: British colonial government and the Trelawny Town Maroons.

- Terms:
  - End of the Second Maroon War.
  - The Maroons of Trelawny Town were deported to Nova Scotia, and later to Sierra Leone.

Suriname

1. Treaty with the Ndyuka (Okanisi) Maroons (1760)
   - Date: September 10, 1760
   - Parties: Dutch colonial government and the Ndyuka (Okanisi) Maroons.
   - Terms:
     - Recognition of the Maroons' autonomy.
     - Cessation of hostilities.
     - Provisions for trade and mutual assistance.

2. Treaty with the Saramaka Maroons (1762)
   - Date: September 19, 1762
   - Parties: Dutch colonial government and the Saramaka Maroons.
   - Terms:
     - Recognition of the Maroons' autonomy.
     - Agreements similar to those with the Ndyuka, focusing on trade and peace.

3. Treaty with the Matawai Maroons (1767)
   - Date 1767
   - Parties: Dutch colonial government and the Matawai Maroons.
   - Terms:
     - Recognition of Matawai autonomy.
     - Trade agreements and mutual peace.

4. Treaty with the Aluku (Boni) Maroons (1769)

  - Date: 1769

  - Parties: Dutch colonial government and the Aluku (Boni) Maroons.

  - Terms:

    - Recognition of Aluku autonomy.

    - Terms for peaceful coexistence and trade.

 Other Caribbean and Latin American Territories

Treaty with the Accompong Maroons (Jamaica)

  - 1739 (part of the broader Maroon treaties in Jamaica)

 -Parties: British colonial government and the Accompong Maroons.

  - Terms:

   - Recognition of autonomy and granting of land.

   - Obligations similar to those in other Maroon treaties in Jamaica.


Brazil

Treaties with Palmares

  - While specific treaties are less documented, the Quilombo of Palmares in Brazil engaged in several negotiations and temporary truces with the Portuguese colonial powers during the 17th century.

- Content and Terms: The treaties typically granted the Maroons autonomy, land, and freedom in exchange for peace, trade agreements, and mutual assistance (often in suppressing other slave uprisings).

- Long-Term Impact: These treaties were crucial in establishing Maroon communities as autonomous entities within their respective colonies, influencing their social and political structures to this day.


The treaties with the Maroons were significant for their recognition of Maroon autonomy and their role in colonial power dynamics. The exact terms and implementation varied, but they

generally involved a mutual cessation of hostilities, land grants, and obligations for mutual assistance.

Letters Patent -Revealed the Kingdom of Locs Nazirite Vow Continues Volume 1

International Grievances-Revealed the Kingdom of Locs Nazirite Vow Continues Volume 2

National Grievances-Revealed the Kingdom of Locs Nazirite Vow Continues Volume 3 -**District Court of Columbia Case 1:24 cv 00479-RC**

Declaration of Independence

State of Loc Nation De facto De Jure

Georgia State Corporations

Federal Tort Claim ACT Case 1:24 cv 00479 RC

Default Summary Judgement

Universal Declaration of Human Rights

Revealed the Kingdom of Locs Nazirite Vow Continues Vol 1 with Population

Revealed the Kingdom of Locs Nazirite Vow Continues Volume 2 International Grievance and ICJ Practitioner Guide

Revealed the Kingdom of Locs Nazirite Vow Continues Volume 3 National Grievance

Affidavit of Service

Entry of Default

Default Summary Judgement

Admissible Victims Statement w/leave to file Granted

Response to Leave to file granted 1

Response to leave to file granted 2- AN Act Protempore- Ancestry and Contributions; Declaration of Hyper Power; The Charter

Response to Leave to File Granted 3-Public Land Order

STATE OF LOC NATION ACT Economic Recovery

Due to the inherent, government intervention, market instability State of Loc Nation Government intervention is Necessary.

- State of Loc Nation Federal Reserve Act enacts the foregoing of the Federal Reserve system discriminating practices of the SOLN citizens. SOLN Federal department will monitor Board of Governors activities to ensure a "fair representation of the financial, agricultural, industrial and commercial interest and geographical divisions of the country" reporting its findings for approval or revisions.

- Enact the receipt of restitution for the kidnapping during the illegal Trans-Atlantic slave trade- Clement VS Garland February 2023 Case 1:24-cv 00479-RC self-enacted Judgement for Plaintiff debt owed by Government backed by the full faith and credit of the U.S. government. Federal Reserve notes are a blend of 25 percent linen and **75 percent cotton** produced from forced free kidnapped human labor during the "New World Slavery."

- Honoring the many African American, Indigenous, Aboriginal and Natives who contributed at stellar levels birth places will give each state and international territories tourist attraction revenue.
- Enact IRS audit of Developers who participated in the National Affordable Housing Act; Sec 101- The National Housing Goal was The Congress affirms the national goal that every American family be able to afford a decent home in a suitable environment. Recover misapplied funds back into the communities with penalty.
- Any citizen who disputes housing for another human being shall be fined and SOLN discrimination charge for the attempt to stop affordable housing due to race, color, religion, gender, sex, national origin, etc in accordance with Title VII of the Civil Rights Act of 1964.
- Sec-255 Sweat Equity Model Program: Submit the model program to Dynasty Healing Corp Attention Christina Loren Clement, LLC 8 The Green, suite A, Dover Delaware 19901 for Review, implementation and operation of (a) (b)(C)(d) (2)€(f). Send funding for staff, expenses, consistent marketing and Proclamation on the Federal Registrar for Public Trust and Awareness.
- SOLN Civil Works Administration – Will provide construction jobs to build homes, schools, cities, man made lakes, parks, etc on the Public Land withdrawn inherited Land Patents of Fee simple Absolute allodium for the State of Loc Nation. This will provide jobs on a national and international scope.

- Education- Implement mental health, first year law, and reparenting curriculums to all grades. IT training and Physical health curriculum which teach discipline. Agriculture curriculums can participate with local farmers for internship or credit. SOLN educational programs should include hands on learning and field trips of future employment so children can relate to the purpose of the various lessons.
- Enact a State of Loc Nation liquid substance that alters good faith judgement Tax to each establishment selling, producing, distributing, marketing "Liquor" "Alcohol" "Spirits" in the neighborhoods of State of Loc Nation represented citizens. This tax will be used to fund the local community programs, schools, parks, street repairs, and occupational training, arts, and rehabilitation. Enact a tax for the purchase and marketing of the "alcohol", "spirits", "liquor".
- Public Apology to the families whose loved ones where wrongfully taken off of life support during COVID due to lack of space and violation of HIPPAA Laws.
- Residents financial relief minimum wage cover basic rental and food needs
- Child Support penalties applied to Mom, Dad, Sister or/and Brother of the absent parent to ignite unity of family to provide for living child who is an extension of the blood line.

State of Loc Nation consumers collective economic power is set to expand from $910 Billion to $1.7 Trillion in 2030 according mckinsey.com implementing State of Loc Nation laws and Constitution with the protection of the "majority" against "minority tyrant will be beneficial for all parties.

When we talk about private debt being paid by the "full faith and credit of the U.S. government," we're essentially discussing how the trust and stability of U.S. currency enable individuals and businesses to settle debts.

1. Legal Tender: U.S. currency is designated as legal tender by the government, which means it must be accepted as a means of payment for all debts, both public and private. This legal requirement ensures that creditors (e.g., banks, businesses) accept U.S. dollars as payment for debts.

2. Trust in Currency: The value of U.S. currency is backed by the government's stability, economic policies, and ability to manage public finances. This trust stems from the government's promise to support the currency's value, ensuring it is widely accepted and retains purchasing power.

3. Economic Stability: The U.S. government's economic strength and stability, supported by institutions like the Federal Reserve, bolster confidence in the U.S. dollar. This confidence ensures that the currency remains valuable and acceptable for settling private debts.

4. Regulatory Framework: The U.S. government enforces a regulatory framework that supports financial stability and trust in the currency. This includes oversight of financial institutions, monetary policy to control inflation, and fiscal policy to manage public finances.

5. Payment of Private Debts:

   - Loans and Mortgages: When individuals or businesses take out loans or mortgages, they are typically required to repay them in U.S. dollars. The lender accepts U.S. dollars because they trust the currency's value, underpinned by the government's commitment.

   - Goods and Services: Payments for goods and services are also made in U.S. dollars. Vendors accept these payments because they are confident in the currency's value and its backing by the U.S. government.

6. Economic Policies: The Federal Reserve's role in managing the money supply and ensuring economic stability supports the value of the US currency. This includes controlling inflation and maintaining confidence in the financial system, which indirectly supports the ability of individuals and businesses to repay debts in a stable currency. SOLN Law enacts education on credit worthiness in schools and through community programs to educate citizens on finances so they may have a fair opportunity to obtain funding and loans. SOLN Fair Credit Reporting Act will impose fines and penalties to any financial institution in violation of the US Fair Credit Reporting Act with malicious intent to spoil public character.

Government's Fiscal Capacity: The government's ability to levy taxes and generate revenue ensures it can meet its financial obligations. This capacity strengthens overall confidence in the currency, as the government can support economic stability and the value of the U.S. dollar.

In essence, the "full faith and credit of the U.S. government" underpin the trust and acceptance of U.S. dollars. This trust allows individuals and businesses to use U.S. dollars to settle private debts reliably, knowing that the currency is widely accepted and retains its value.

NOW, THEREFORE, I CHRISTINA LOREN CLEMENT, QORE of STATE OF LOC NATION, HYPER POWER and Presidential Candidate of United States of America Super Power by virtue of the authority vested in me by the State of Loc Nation Constitution and the Laws of State of

Loc Nation; United States and International law, do hereby enact and proclaim STATE OF LOC NATION globally recognized as Hyper Power, State of Loc Nation laws within the US Constitution protects the "majority" from "minority" tyrant. I call upon educators, students, public officials, professional organizations, corporations and all Americans and International friends to observe State oof Loc Nation "Aboriginal"; "Afro Communities"; "Indigenous";" Native" contributions with appropriate programs, ceremonies and activities that acknowledge the countless contributions that have been made to the world.

Loc Nation; United States and International law, do hereby enact and proclaim STATE OF LOC NATION globally recognized as Hyper Power, State of Loc Nation laws within the US Constitution protects the "majority" from "minority" tyrant. I call upon educators, students, public officials, professional organizations, corporations and all Americans and International friends to observe State oof Loc Nation "Aboriginal"; "Afro Communities"; "Indigenous";" Native" contributions with appropriate programs, ceremonies and activities that acknowledge the countless contributions that have been made to the world.

*[Signature]*
6/6/24 @ 4:03pm

**NENA SMITH**
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires March 8, 2027